# UNITED STATES DISTRICT COURT
Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1213

J. Michael McMahon
Acting Clerk of Court

03cv12226 JLT

Re: *Keith Corporation - v - Mitsubishi Heavy Industries*

Docket No.: 03 CV 7805 (VM)

MAGISTRATE JUDGE _____

Dear:

    Pursuant to an order of this court, the above entitled action is transferred to your distirct. The papers enclosed herewith constitute the entire file in this action. A certified copy of the order of transfer is included in lieu of the original, which is retained in our files.

    The enclosed copy of the letter is for your convenience in acknowledging receipt of the file.

Yours truly,

J. Michael McMahon
Acting Clerk of Court

by: _____
Deputy Clerk

Federal Express # 8408 3967 3834

---

**RECEIPT IS ACKNOWLEDGED OF THE DOCUMENTS DESCRIBED HEREIN**

AND ASSIGNED CASE NUMBER: _____ ON: NOV 1 2 2003

Clerk, United States District Court
by: _____
Deputy Clerk

```
                                                      REL      CLOSED
                                                      1:02cv 7932
                        U.S. District Court
      Southern District of New York - Civil Database (Foley Square)

               CIVIL DOCKET FOR CASE #: 03-CV-7805

Keith Corporation v. Mitsubishi Heavy, et al         Filed: 10/03/03
Assigned to: Judge Victor Marrero           Jury demand: Plaintiff
Demand: $0,000                              Nature of Suit: 385
Lead Docket: None                           Jurisdiction: Diversity
Dkt# in other court: None

Cause: 28:1332 Diversity: Property Damage


KEITH CORPORATION, a Delaware     John D. Clemen
Corporation                       [COR LD NTC]
      plaintiff                   One Kings Highway
                                  Tappan, NY 10983



     v.


MITSUBISHI HEAVY INDUSTRIES,
LTD.
      defendant


MITSUBISHI HEAVY INDUSTRIES
AMERICA, INC.
      defendant
```

A CERTIFIED COPY
J. MICHAEL McMAHON,       **CLERK**

BY _____
   DEPUTY CLERK

Docket as of October 30, 2003 11:41 am                    Page 1

```
Proceedings include all events.
1:03cv7805 Keith Corporation v. Mitsubishi Heavy, et al          REL
                                                         CLOSED
KEITH CORPORATION, a Delaware Corporation                1:02cv 7932
          plaintiff

     v.

MITSUBISHI HEAVY INDUSTRIES, LTD.; MITSUBISHI HEAVY
INDUSTRIES AMERICA, INC.
          defendant
```

```
Proceedings include all events.                                        REL
1:03cv7805 Keith Corporation v. Mitsubishi Heavy, et al        CLOSED
                                                                  1:02cv 7932
10/3/03    1      COMPLAINT filed. Summons issued and Notice pursuant to 28
                  U.S.C. 636(c).  FILING FEE $ 150.00  RECEIPT # 487221. (gf)
                  [Entry date 10/06/03]

10/3/03    --     CASE REFERRED TO Judge Victor Marrero as possibly related
                  to 1:02cv7932. (gf) [Entry date 10/06/03]

10/3/03    2      RULE 7.1 CERTIFICATE filed by Keith Corporation . (gf)
                  [Entry date 10/06/03]

10/22/03   --     Case accepted as related to 1:02cv7932. Notice of
                  assignment to follow. (jjm)

10/22/03   3      Notice of Case Assignment  to Judge Victor Marrero . Copy
                  of notice and judge's rules mailed to Attorney(s) of
                  record: John D. Clemen . (jjm)

10/22/03   --     Magistrate Judge Theodore H. Katz is so designated. (jjm)

10/28/03   4      ORDER; that the Clerk of Court is directed to transfer
                  this action to the District of Massachusetts pursuant to 28
                  U.S.C. section 1404(a) and to close this case. ( signed by
                  Judge Victor Marrero ); (pl) [Entry date 10/30/03]

10/28/03   --     Case closed. (pl) [Entry date 10/30/03]
```

Docket as of October 30, 2003 11:41 am                    Page 3