## JOHN D. CLEMEN
Counselor at Law
574 Colonial Road
River Vale, New Jersey 07675
Tel (201) 802-0610

Admitted in New Jersey and New York
Fax (201) 802-0613
e-mail: jdclemen@aol.com

FILED
IN CLERKS OFFICE

2003 DEC 22  P 2: 12

U.S. DISTRICT COURT
DISTRICT OF MASS.

New York office:
One King Highway
Tappan, New York 10983

December 18, 2003

Honorable Joseph L. Tauro
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way – Suite 2300
Boston, Massachusetts 02210

03-12226 JLT

Reference: Keith Corporation vs. Mitsubishi
Docket No: 03-Civ-7805 (VM)

Dear Judge Tauro,

    I represent the plaintiff, Keith Corporation, in the above captioned case which was originally filed in the Southern District of New York and assigned to the Honorable Victor Marrero, U.S.D.J. On review of the complaint and the case information sheet, Judge Marrero, sua sponte, transferred this case to the District of Massachusetts pursuant to 28 U.S.C. 1404 (a) by Order dated October 2003 –copy attached.

    I have a copy of Mr. Baker's correspondence to you, dated December 3, 2003. Mr. Baker's letter does not include this case in the list of cases covered by the MDL Order concerning centralized discovery. I believe it should be and so request. The defendant in my case has not answered yet, but as soon as an appearance is filed, I will forward counsel with a copy of the transfer Order and this correspondence.

Respectfully,

John D. Clemen

Enclosure
Cc: Gerald Baker, Esq. – no enclosure
    Joy Harmon Sperling, Esq – no enclosure

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
KEITH CORPORATION,                          :

                Plaintiff,        :

       -against-                          :        03 Civ. 7805
                                                        <u>ORDER</u>

MITSUBISHI HEAVY INDUSTRIES,                :
 LTD. and MITSUBISHI
HEAVY INDUSTRIES AMERICA,                   :
INC.,
                Defendants.      :
-------------------------------------------------------X
Victor Marrero, United States District Judge.

    The captioned case was filed in this Court as related to Docket Number 02 Civ. 793_ Upon a review of the complaints in the two actions, the Court notes that they both arise out of the same operative facts and underlying events and assert similar claims against the same defendants. By Order dated January 31, 2003 [Docket No. 5], the Court, having determined that the contacts of that action with this District were minimal, and that the occurrences, witnesses and essential documentation were located substantially in the District of Massachusetts, transferred Docket Number 02 Civ. 7932 to the District of Massachusetts pursuant to 28 U.S.C. § 1404 (a). Accordingly, given the integral relationships between the circumstances presented by the captioned case and those in 02 Civ. 7932, it is hereby

    ORDERED that Clerk of Court is directed to transfer this action to the District of Massachusetts pursuant to 28 U.S.C. § 1404 (a) and to close this case.

SO ORDERED.

Dated: New York, New York
       27, October 2003

                                                   Victor Marrero,
                                                   U.S.D.J.

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:03-cv-12226-JLT
#### Internal Use Only

FILED
IN CLERKS OFFICE
2003 DEC 30 A 10: 23
U.S. DISTRICT COURT
DISTRICT OF MASS.

Keith Corporation v. Mitsubishi Heavy Industries, Ltd. et al
Assigned to: Judge Joseph L. Tauro
Referred to:
Demand: $
Lead Docket: None
Related Cases: None
Case in other court: Southern District of New York, 03-cv-7805
Cause: 28:1332 Diversity-Property Damage

Date Filed:
Jury Demand: Plaintiff
Nature of Suit: 385 Prop. Damage Prod. Liability
Jurisdiction: Diversity

**Plaintiff**
-----------------------

**Keith Corporation**, *A Delaware Corporation*

represented by **John D. Clemen**
Law Offices of John D. Clemen
One Kings Highway
Tappan, NY 10983
845-398-3540
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
-----------------------

**Mitsubishi Heavy Industries, Ltd.**

**Mitsubshi Heavy Industries America, Inc.**

| Filing Date | # | Docket Text |
|---|---|---|
| 11/12/2003 | 5 | Case transferred in from District of New York; Case Number 03-7805. Original file with documents numbered 1-4, certified copy of transfer order and docket sheet received., filed by Keith Corporation. (Attachments: # 1 Complaint)(Spencer, Sherry) (Entered: 11/19/2003) |
| 11/12/2003 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dein. (Spencer, Sherry) (Entered: 11/19/2003) |

**Mitsubishi Heavy Industries America, Inc.**

FILED
IN CLERKS OFFICE

2003 DEC 30 A 10: 23

U.S. DISTRICT COURT
DISTRICT OF MASS.

| Filing Date | # | Docket Text |
|---|---|---|
| 10/03/2003 | 1 | COMPLAINT filed. Summons issued and Notice pursuant to 28 U.S.C. 636(c). FILING FEE $ 150.00 RECEIPT # 487221. (gf) (Entered: 10/06/2003) |
| 10/03/2003 | | CASE REFERRED TO Judge Victor Marrero as possibly related to 1:02cv7932. (gf) (Entered: 10/06/2003) |
| 10/03/2003 | 2 | RULE 7.1 CERTIFICATE filed by Keith Corporation . (gf) (Entered: 10/06/2003) |
| 10/22/2003 | | Case accepted as related to 1:02cv7932. Notice of assignment to follow. (jjm) (Entered: 10/22/2003) |
| 10/22/2003 | 3 | Notice of Case Assignment to Judge Victor Marrero . Copy of notice and judge's rules mailed to Attorney(s) of record: John D. Clemen . (jjm) (Entered: 10/22/2003) |
| 10/22/2003 | | Magistrate Judge Theodore H. Katz is so designated. (jjm) (Entered: 10/22/2003) |
| 10/28/2003 | 4 | ORDER; that the Clerk of Court is directed to transfer this action to the District of Massachusetts pursuant to 28 U.S.C. section 1404(a) and to close this case . ( signed by Judge Victor Marrero ); (pl) (Entered: 10/30/2003) |

**03 CV 7805**

CIVIL COVER SHEET

FILED
CLERKS OFFICE

JS 44C/SDNY
REV. 1/97
WEB 12/02

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

2003 DEC 30  A 10: 23

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Keith Corporation, A Delaware Corporation | Mitsubishi Heavy Industries, Ltd. and Mitsubishi Heavy Industries America, Inc. |
| ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
| Law Office of John D. Clemen<br>One Kings Highway<br>Tappan, NY 10983   (845) 398-3540 | John D. Clemen, Esq. |

DISTRICT OF MASS.
OCT 3 2003

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
Property damage in excess of $500,000. as a result of airplane crash - product liability, negligence, breach of warranty.

Has this or a similar case been previously filed in SDNY at any time? No [x]  Yes? [ ]   SEE ATTACHED  Judge Previously Assigned

If yes, was this case Vol.[ ] Invol. [ ] Dismissed. No [ ] Yes [ ]  If yes, give date _____ & Case No. _____

(PLACE AN [x] IN ONE BOX ONLY)    NATURE OF SUIT

ACTIONS UNDER STATUTES

**CONTRACT**
- [ ] 110 INSURANCE
- [ ] 120 MARINE
- [ ] 130 MILLER ACT
- [ ] 140 NEGOTIABLE INSTRUMENT
- [ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
- [ ] 151 MEDICARE ACT
- [ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
- [ ] 153 RECOVERY OF OVERPAYMENT OF VETERANS BENEFITS
- [ ] 160 STOCKHOLDERS SUITS
- [ ] 190 OTHER CONTRACT
- [ ] 195 CONTRACT PRODUCT LIABILITY

**TORTS**
**PERSONAL INJURY**
- [ ] 310 AIRPLANE
- [ ] 315 AIRPLANE PRODUCT LIABILITY
- [ ] 320 ASSAULT, LIBEL & SLANDER
- [ ] 330 FEDERAL EMPLOYERS' LIABILITY
- [ ] 340 MARINE
- [ ] 345 MARINE PRODUCT LIABILITY
- [ ] 350 MOTOR VEHICLE
- [ ] 355 MOTOR VEHICLE PRODUCT LIABILITY
- [ ] 360 OTHER PERSONAL INJURY

**PERSONAL INJURY**
- [ ] 362 PERSONAL INJURY - MED MALPRACTICE
- [ ] 365 PERSONAL INJURY PRODUCT LIABILITY
- [ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**PERSONAL PROPERTY**
- [ ] 370 OTHER FRAUD
- [ ] 371 TRUTH IN LENDING
- [ ] 380 OTHER PERSONAL PROPERTY DAMAGE
- [x] 385 PROPERTY DAMAGE PRODUCT LIABILITY

**ACTIONS UNDER STATUTES**

**REAL PROPERTY**
- [ ] 210 LAND CONDEMNATION
- [ ] 220 FORECLOSURE
- [ ] 230 RENT LEASE & EJECTMENT
- [ ] 240 TORTS TO LAND
- [ ] 246 TORT PRODUCT LIABILITY
- [ ] 290 ALL OTHER REAL PROPERTY

**CIVIL RIGHTS**
- [ ] 441 VOTING
- [ ] 442 EMPLOYMENT
- [ ] 443 HOUSING ACCOMMODATIONS
- [ ] 444 WELFARE
- [ ] 440 OTHER CIVIL RIGHTS

**PRISONER PETITIONS**
- [ ] 510 MOTIONS TO VACATE SENTENCE 20 USC 2255
- [ ] 530 HABEAS CORPUS
- [ ] 535 DEATH PENALTY
- [ ] 540 MANDAMUS & OTHER
- [ ] 550 CIVIL RIGHTS
- [ ] 555 PRISON CONDITION

**FORFEITURE/PENALTY**
- [ ] 610 AGRICULTURE
- [ ] 620 FOOD & DRUG
- [ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
- [ ] 630 LIQUOR LAWS
- [ ] 640 RR & TRUCK
- [ ] 650 AIRLINE REGS
- [ ] 660 OCCUPATIONAL SAFETY/HEALTH
- [ ] 690 OTHER

**LABOR**
- [ ] 710 FAIR LABOR STANDARDS ACT
- [ ] 720 LABOR/MGMT RELATIONS
- [ ] 730 LABOR/MGMT REPORTING & DISCLOSURE ACT
- [ ] 740 RAILWAY LABOR ACT
- [ ] 790 OTHER LABOR LITIGATION
- [ ] 791 EMPL RET INC SECURITY ACT

**BANKRUPTCY**
- [ ] 422 APPEAL 28 USC 158
- [ ] 423 WITHDRAWAL 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 COPYRIGHTS
- [ ] 830 PATENT
- [ ] 840 TRADEMARK

**SOCIAL SECURITY**
- [ ] 861 MIA (1395FF)
- [ ] 862 BLACK LUNG (923)
- [ ] 863 DIWC (405(g))
- [ ] 863 DIWW (405(g))
- [ ] 864 SSID TITLE XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 TAXES
- [ ] 871 IRS-THIRD PARTY 20 USC 7609

**OTHER STATUTES**
- [ ] 400 STATE APPORTIONMENT
- [ ] 410 ANTITRUST
- [ ] 430 BANKS & BANKING
- [ ] 450 COMMERCE/ICC RATES/ETC
- [ ] 460 DEPORTATION
- [ ] 470 RACKETEER INFLUENCED & CORRUPT ORGANIZATION ACT (RICO)
- [ ] 810 SELECTIVE SERVICE
- [ ] 850 SECURITIES/ COMMODITIES/ EXCHANGE
- [ ] 875 CUSTOMER CHALLENGE 12 USC 3410
- [ ] 891 AGRICULTURE ACTS
- [ ] 892 ECONOMIC STABILIZATION ACT
- [ ] 893 ENVIRONMENTAL MATTERS
- [ ] 894 ENERGY ALLOCATION ACT
- [ ] 895 FREEDOM OF INFORMATION ACT
- [ ] 900 APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE
- [ ] 950 CONSTITUTIONALITY OF STATE STATUTES
- [ ] 890 OTHER STATUTORY ACTIONS

Check if demanded in complaint:

CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____ OTHER _____

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
IF SO, STATE:

JUDGE  Victor Marrero    DOCKET NUMBER  03-CV-7932

Check YES only if demanded in complaint
JURY DEMAND: [x] YES [ ] NO

SEE RIDER ATTACHED
NOTE: Please submit at the time of filing an explanation of why cases are deemed related.

(SEE REVERSE)

There is a related case in this matter not filed by this Plaintiff.
Yates, et al. v. Mitsubishi, et al., Docket No. 02-CV-7932
Judge Victor Marrero

| (PLACE AN x IN ONE BOX ONLY) | | | ORIGIN | | | | |
|---|---|---|---|---|---|---|---|
| [x] 1 Original Proceeding | [ ] 2 Removed from State Court | [ ] 3 Remanded from Appellate Court | [ ] 4 Reinstated or Reopened | [ ] 5 Transferred from (Specify District) | [ ] 6 Multidistrict Litigation | [ ] Appeal to District Judge from Magistrate Judge Judgment | |

| (PLACE AN x IN ONE BOX ONLY) | BASIS OF JURISDICTION | IF DIVERSITY, INDICATE |
|---|---|---|
| [ ] 1 U.S. PLAINTIFF  [ ] 2 U.S. DEFENDANT  [ ] 3 FEDERAL QUESTION (U.S. NOT A PARTY)  [x] 4 DIVERSITY | | CITIZENSHIP BELOW. (28 USC 1322, 1441) |

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF DEF |  | PTF DEF |  | PTF DEF |
|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ]1 [ ]1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ]3 [ ]3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ]5 [ ]5 |
| CITIZEN OF ANOTHER STATE | [X]2 [ ]2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ]4 [X]4 | FOREIGN NATION | [ ]6 [ ]6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES) (Calendar Rule 4(A))

Wilmington, Delaware, USA

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES) (Calendar Rule 4(A))

Mitsubishi Heavy Industries, Ltd. is a foreign corporation organized under the law of Japan.
Mitsubishi Heavy Industries of America, Inc., New York, New York
630 Fifth Avenue, New York, NY  10020

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

N/A

Check one:  THIS ACTION SHOULD BE ASSIGNED TO:   [ ] WHITE PLAINS    [X] FOLEY SQUARE
(DO NOT check either box if this a PRISONER PETITION.)

| DATE | SIGNATURE OF ATTORNEY OF RECORD | ADMITTED TO PRACTICE IN THIS DISTRICT |
|---|---|---|
| RECEIPT # | | [ ] NO  [X] YES (DATE ADMITTED Mo. ____ 1984 )  Attorney Bar Code # |

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

J. Michael McMahon, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

# RIDER

This case is related to 02-CV-7932 because it arises out of the same aircraft accident that forms the basis for the claims asserted in 02-CV-7932.

02-CV-7932 is a wrongful death survival action. This case seeks recovery for property damages as the result of the destruction of the aircraft and its contents.

**MEMORANDUM**

**DATE: 10/22/03**

CHAMBERS OF
JUDGE MARRERO

TO:   UNIT: Case Processing

FROM:  Dorothy Guranich, Case Processing

**SUBJECT:  ASSIGNMENT OF A CASE AS RELATED.**

RE: 03 CV 7805    KEITH CORP V MITSUBISHI

The above action is assigned to Judge MARRERO
from the unassigned docket as related to 02 CV 7932
The case processing clerk shall prepare and file an original Notice
of Assignment and mail copies to each attorney of record.

***Designated Magistrate Judge KATZ

cc: Judge MARRERO

CIVIL COVER SHEET  03-CV-7805

JS 44C/SDNY
REV. 1/97
WEB 12/02

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**PLAINTIFFS**
Keith Corporation, A Delaware Corporation

**DEFENDANTS**
Mitsubishi Heavy Industries, Ltd. and Mitsubishi Heavy Industries America, Inc.

**ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Law Office of John D. Clemen
One Kings Highway
Tappan, NY 10983   (845) 398-3540

**ATTORNEYS (IF KNOWN)**
John D. Clemen, Esq.

OCT 3 2003

**CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
Property damage in excess of $500,000. as a result of airplane crash - product liability, negligence, breach of warranty.

Has this or a similar case been previously filed in SDNY at any time? No [xx]  Yes? [ ]   SEE ATTACHED Judge Previously Assigned

If yes, was this case Vol.[ ]  Invol.[ ]  Dismissed. No[ ]  Yes[ ]  If yes, give date _____ & Case No. _____

(PLACE AN [x] IN ONE BOX ONLY)   NATURE OF SUIT

ACTIONS UNDER STATUTES

**CONTRACT**
[ ] 110 INSURANCE
[ ] 120 MARINE
[ ] 130 MILLER ACT
[ ] 140 NEGOTIABLE INSTRUMENT
[ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
[ ] 151 MEDICARE ACT
[ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
[ ] 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS
[ ] 160 STOCKHOLDERS SUITS
[ ] 190 OTHER CONTRACT
[ ] 195 CONTRACT PRODUCT LIABILITY

**TORTS**
PERSONAL INJURY
[ ] 310 AIRPLANE
[ ] 315 AIRPLANE PRODUCT LIABILITY
[ ] 320 ASSAULT, LIBEL & SLANDER
[ ] 330 FEDERAL EMPLOYERS' LIABILITY
[ ] 340 MARINE
[ ] 345 MARINE PRODUCT LIABILITY
[ ] 350 MOTOR VEHICLE
[ ] 355 MOTOR VEHICLE PRODUCT LIABILITY
[ ] 360 OTHER PERSONAL INJURY

PERSONAL INJURY
[ ] 362 PERSONAL INJURY - MED MALPRACTICE
[ ] 365 PERSONAL INJURY PRODUCT LIABILITY
[ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

PERSONAL PROPERTY
[ ] 370 OTHER FRAUD
[ ] 371 TRUTH IN LENDING
[ ] 380 OTHER PERSONAL PROPERTY DAMAGE
[x] 385 PROPERTY DAMAGE PRODUCT LIABILITY

**FORFEITURE/PENALTY**
[ ] 610 AGRICULTURE
[ ] 620 FOOD & DRUG
[ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
[ ] 630 LIQUOR LAWS
[ ] 640 RR & TRUCK
[ ] 650 AIRLINE REGS
[ ] 660 OCCUPATIONAL SAFETY/HEALTH
[ ] 690 OTHER

**LABOR**
[ ] 710 FAIR LABOR STANDARDS ACT
[ ] 720 LABOR/MGMT RELATIONS
[ ] 730 LABOR/MGMT REPORTING & DISCLOSURE ACT
[ ] 740 RAILWAY LABOR ACT
[ ] 790 OTHER LABOR LITIGATION
[ ] 791 EMPL RET INC SECURITY ACT

**BANKRUPTCY**
[ ] 422 APPEAL 28 USC 158
[ ] 423 WITHDRAWAL 28 USC 157

**PROPERTY RIGHTS**
[ ] 820 COPYRIGHTS
[ ] 830 PATENT
[ ] 840 TRADEMARK

**SOCIAL SECURITY**
[ ] 861 MIA (1395FF)
[ ] 862 BLACK LUNG (923)
[ ] 863 DIWC (405(g))
[ ] 863 DIWW (405(g))
[ ] 864 SSID TITLE XVI
[ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
[ ] 870 TAXES
[ ] 871 IRS-THIRD PARTY 20 USC 7609

**OTHER STATUTES**
[ ] 400 STATE REAPPORTIONMENT
[ ] 410 ANTITRUST
[ ] 430 BANKS & BANKING
[ ] 450 COMMERCE/ICC RATES/ETC
[ ] 460 DEPORTATION
[ ] 470 RACKETEER INFLUENCED & CORRUPT ORGANIZATION ACT (RICO)
[ ] 810 SELECTIVE SERVICE
[ ] 850 SECURITIES/ COMMODITIES/ EXCHANGE
[ ] 875 CUSTOMER CHALLENGE 12 USC 3410
[ ] 891 AGRICULTURE ACTS
[ ] 892 ECONOMIC STABILIZATION ACT
[ ] 893 ENVIRONMENTAL MATTERS
[ ] 894 ENERGY ALLOCATION ACT
[ ] 895 FREEDOM OF INFORMATION ACT
[ ] 900 APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE
[ ] 950 CONSTITUTIONALITY OF STATE STATUTES
[ ] 890 OTHER STATUTORY ACTIONS

**REAL PROPERTY**
[ ] 210 LAND CONDEMNATION
[ ] 220 FORECLOSURE
[ ] 230 RENT LEASE & EJECTMENT
[ ] 240 TORTS TO LAND
[ ] 246 TORT PRODUCT LIABILITY
[ ] 290 ALL OTHER REAL PROPERTY

ACTIONS UNDER STATUTES

**CIVIL RIGHTS**
[ ] 441 VOTING
[ ] 442 EMPLOYMENT
[ ] 443 HOUSING ACCOMMODATIONS
[ ] 444 WELFARE
[ ] 440 OTHER CIVIL RIGHTS

**PRISONER PETITIONS**
[ ] 510 MOTIONS TO VACATE SENTENCE 20 USC 2255
[ ] 530 HABEAS CORPUS
[ ] 535 DEATH PENALTY
[ ] 540 MANDAMUS & OTHER
[ ] 550 CIVIL RIGHTS
[ ] 555 PRISON CONDITION

Check if demanded in complaint:

CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $_____   OTHER_____

Check YES only if demanded in complaint
JURY DEMAND: [x] YES  [ ] NO

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
IF SO, STATE:

JUDGE Victor Marrero   DOCKET NUMBER 02-CV-7932

SEE RIDER ATTACHED
NOTE: Please submit at the time of filing an explanation of why cases are deemed related.

(SEE REVERSE)

There is a related case in this matter not filed by this Plaintiff.
Yates, et al. v. Mitsubishi, et al., Docket No. 02-CV-7932
Judge Victor Marrero

| (PLACE AN x IN ONE BOX ONLY) | | | ORIGIN | | | |
|---|---|---|---|---|---|---|
| [x] 1 Original Proceeding | [ ] 2 Removed from State Court | [ ] 3 Remanded from Appellate Court | [ ] 4 Reinstated or Reopened | [ ] 5 Transferred from (Specify District) | [ ] 6 Multidistrict Litigation | [ ] Appeal to District Judge from Magistrate Judge Judgment |

| (PLACE AN x IN ONE BOX ONLY) | BASIS OF JURISDICTION | | IF DIVERSITY INDICATE CITIZENSHIP BELOW. (28 USC 1322, 1441) |
|---|---|---|---|
| [ ] 1 U.S. PLAINTIFF   [ ] 2 U.S. DEFENDANT | [ ] 3 FEDERAL QUESTION (U.S. NOT A PARTY) | [x] 4 DIVERSITY | |

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF DEF | | PTF DEF | | PTF DEF |
|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ]1 [ ]1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ]3 [ ]3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ]5 [ ]5 |
| CITIZEN OF ANOTHER STATE | [x]2 [ ]2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ]4 [x]4 | FOREIGN NATION | [ ]6 [ ]6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES) (Calendar Rule 4(A))

Wilmington, Delaware, USA

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES) (Calendar Rule 4(A))

Mitsubishi Heavy Industries, Ltd. is a foreign corporation organized under the law of Japan.
Mitsubishi Heavy Industries of America, Inc., New York, New York
630 Fifth Avenue, New York, NY 10020

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

N/A

Check one: THIS ACTION SHOULD BE ASSIGNED TO:   [ ] WHITE PLAINS   [x] FOLEY SQUARE
(DO NOT check either box if this a PRISONER PETITION.)

| DATE | SIGNATURE OF ATTORNEY OF RECORD | ADMITTED TO PRACTICE IN THIS DISTRICT |
|---|---|---|
| RECEIPT # | | [ ] NO  [x] YES (DATE ADMITTED Mo. _____ Yr. 984 ) Attorney Bar Code # |

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

J. Michael McMahon, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

RIDER

This case is related to 02-CV-7932 because it arises out of the same aircraft accident that forms the basis for the claims asserted in 02-CV-7932.

02-CV-7932 is a wrongful death survival action. This case seeks recovery for property damages as the result of the destruction of the aircraft and its contents.