# United States District Court
## District of Massachusetts

```
IN RE: AIR CRASH NEAR EDGARTOWN, MASSACHUSETTS
     MDL 1522
                    CA 02-11950
                    CA 02-11951
                    CA 03-10259
                    CA 03-10310
                    CA 03-11352
                    CA 03-11756 and
                    CA 03-12226
```

**AMENDED NOTICE**

The above-entitled case has been set for **a status conference on March 18,2004 at 2:30 P.M.** Courtroom 20,7th Floor,at new FEDERAL COURTHOUSE, 1 Courthouse Way, Boston, MA.

Note: Counsel are requested to submit a joint status report and to be prepared on the 18th to establish a discovery schedule.

                                    By the Court,

                                    /s/

                                    Zita Lovett
                                    Deputy Clerk

Date: March 12, 2004

CC:   All counsel of record

Case 1:03-cv-12226-JLT   Document 8   Filed 03/12/2004   Page 2 of 2

CC:   All counsel of record