UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| STEVEN D. YATES, Individually and as Administrator and Personal Representative of the Estates of WILLIAM YATES and ELENA YATES, Deceased,<br><br>            Plaintiff,<br><br>v.<br><br>MIDWEST AIR TRAFFIC CONTROL SERVICES, INC., and UNITED STATES OF AMERICA,<br><br>            Defendants. | * | Civil Action No. 02-11950 |
| CHARLES D. YATES, ROY D. YATES, and VALERIE P. YATES, Individually and as Co-Executors and Personal Representatives for the Estate of CHARLES B. YATES, Deceased,<br><br>            Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, and MIDWEST AIR TRAFFIC CONTROL SERVICES, INC.,<br><br>            Defendants. | * | Civil Action No. 02-11951 |
| CHARLES D. YATES, ROY D. YATES, and VALERIE P. YATES, Individually and as Co-Executors and Personal Representatives for the Estate of | * | |

| | | |
|---|---|---|
| CHARLES B. YATES, Deceased, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| | * | |
| v. | * | Civil Action No. 03-10259 |
| | * | |
| | * | |
| MITSUBISHI HEAVY INDUSTRIES, LTD., and MITSUBISHI HEAVY INDUSTRIES AMERICA, INC., | * * * * | |
| Defendants. | * | |

_____

| | | |
|---|---|---|
| STEVEN D. YATES, Individually and as Administrator and Personal Representative for the Estates of WILLIAM YATES and ELENA YATES, Deceased, | * * * * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| v. | * | Civil Action No. 03-10310 |
| | * | |
| | * | |
| MITSUBISHI HEAVY INDUSTRIES, LTD., and MITSUBISHI HEAVY INDUSTRIES AMERICA, INC., | * * * | |
| | * | |
| Defendants. | * | |

_____

| | | |
|---|---|---|
| SUSAN WHIPPLE, Administratrix and Administratrix Ad Prosequendum of the Estate of ANYA YATES, Deceased, | * * * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| v. | * | Civil Action No. 03-11352 |
| | * | |
| | * | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Defendant. | * | |
| _____ | | |
| | | |
| KEITH CORPORATION, a Delaware Corporation, | * * * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| v. | * | Civil Action No. 03-11756 |
| | * | |
| | * | |
| UNITED STATES OF AMERICA, and MIDWEST AIR TRAFFIC CONTROL SERVICES, INC., | * * * * | |
| | * | |
| Defendants. | * | |
| _____ | | |
| | | |
| KEITH CORPORATION, a Delaware Corporation, | * * * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| v. | * | Civil Action No. 03-12226 |
| | * | |
| | * | |
| MITSUBISHI HEAVY INDUSTRIES, LTD., and MITSUBISHI HEAVY INDUSTRIES AMERICA, INC., | * * * * | |
| | * | |
| Defendants. | * | |

ORDER

March 24, 2004

TAURO, J.

3

After the Conference on March 18, 2004, this court hereby orders that:

1. The abovecaptioned actions are consolidated as Civil Action Number 02-11950;

2. All filings from this date forward must be identified as Civil Action Number 02-11950;

3. The Parties must comply with this court's Rule 26 Discovery Order by April 30, 2004;

4. The Parties may depose the following individuals:
    a. Steven Yates,
    b. Charles D. Yates,
    c. Ursule Yates,
    d. Craig Yates,
    e. Dr. Roy Yates,
    f. Valerie Yates,
    g. Jessica Yates Wallach,
    h. Sergei Yates,
    i. Susan Whipple,
    j. Keith Whipple,
    k. Florence Kwiatkowski,
    l. William Kwiathowski,
    m. Representative of Edgartown Police Department,
    n. Commonwealth of Massachusetts, Office of the Chief Medical Examiner, Richard J. Evans, M.D. or someone else knowledgeable about the medical examiner's report,
    o. Jon Scott Benston,
    p. David Sutton,
    q. Nancy Risso,
    r. Richard Bunker,
    s. Ralph Sorrells,
    t. Mr. Huretz,
    u. Dave Chapel,
    v. Chris Drago,
    w. Richard Allen,
    x. Shawn M. Pennington,
    y. Cindy LaRuffa,
    z. Chad E. Davidson,
    aa. Bret Jorgans,
    bb. Flight instructor from FS Houston Learning Center,

    cc.    Bill Weibrecht,
    dd.    Buddy Wyatt,
    ee.    Pilot of Aircraft N910QS,
    ff.    All maintenance personnel from Intercontinental Jet, Inc. who performed annual inspections and/or overhauls and/or maintenance on the aircraft engine, bleed air system and/or environmental control systems,
    gg.    All maintenance personnel from Chris Aircraft Inc. who performed annual inspections and/or overhauls and/or maintenance on the aircraft engine, bleed air system and/or environmental control systems,
    hh.    John Calvin,
    ii.    Daniel Johnson,
    jj.    Paul Ronhoe,
    kk.    Adam Friedman,
    ll.    Stephen Demko,
    mm.    Keith Corp., competent Fed. R. Civ. P. 30(b)(6) witness to testify about maintenance, inspection and operation of aircraft,
    nn.    Dennis V. Canfield,
    oo.    Dawn Wright,
    pp.    Robert M. Vosburgh,
    qq.    FAA personnel responsible for programming and maintaining the minimum safety altitude warning system, and
    rr.    Employer, financial advisor and/or accountant for Charles Yates;

5. The Parties must complete the abovementioned depositions by December 31, 2004;

6. Defendants Mitsubishi Heavy Industries, Ltd. and Mitsubishi Heavy Industries America, Inc. may submit to Plaintiffs requests to admit;

7. Plaintiffs have thirty days from the time that they receive the requests to admit to respond to the requests;

8. Plaintiffs must identify their expert witnesses by January 31, 2005;

9. Defendants must identify their expert witnesses by February 28, 2005;

10. No further discovery is permitted without leave of this court; and

11. The Parties are to appear before this court for a Final Pretrial Conference on March 15, 2005 at 2:15 p.m.

IT IS SO ORDERED.

                                              /S/ Joseph L. Tauro
                                              United States District Judge